IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES ROBERT JACKSON,** | : Civil No. 1:22-cv-1217 |
| **Plaintiff,** | : |
| | : **(Judge Sylvia H. Rambo)** |
| v. | : |
| **CYNTHIA KREISER, MR. PIRKLE,** and **DIVISION OF MOTOR VEHICLE,** | : |
| **Defendants.** | : |

# O R D E R

**AND NOW**, this 12th day of October, 2022, upon a review of Magistrate Judge Saporito's Report and Recommendation (Doc. 6) which finds that Plaintiff's claims are clearly time-barred and recommends dismissal of the complaint with prejudice, and noting that Plaintiff's purported objections to the Report and Recommendation merely seek to restate allegations previously asserted in the complaint rather than to identify any specific objections to the report, and thus the objections are not entitled to *de novo* review, *see* LOCAL RULE 72.3, and having satisfied itself that the Report and Recommendation is well reasoned and contains no clear error, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 6) is **ADOPTED**;

2) The complaint is **DISMISSED WITH PREJUDCICE** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3) The Clerk of Court is **DIRECTED** to close this case; and

4) Any appeal taken from this order is deemed frivolous and not in good faith.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge
